IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

GERSON JAVIER COLON NELSON

Debtor(s)

FIRSTBANK PR

Movant

GERSON JAVIER COLON NELSON

Respondent(s)

CASE NO. 22-03658-MCF13

Chapter 13

FILED & ENTERED ON MAY/04/2026

ORDER & NOTICE

Movant's motion for continuance of the hearing (docket #52) is granted. The hearing scheduled for May 5, 2026, at 1:30 PM, is hereby rescheduled for a Final Hearing on June 2, 2026, at 1:30 PM, via Microsoft Teams. All parties wishing to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

The automatic stay remains in full force and effect until the conclusion of the final hearing.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of May, 2026.

Mildred Caban

Mildred Caban Flores
United States Bankruptcy Judge